STATE OF LOUISIANA O/B/O T. J. & T. J.
MINOR CHILDREN OF TOMIKA CLOFER

VERSUS

DEXTER JOHNSON

NO. 20-CA-154

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

---

January 06, 2021

---

Susan Buchholz

First Deputy Clerk

---

**ON APPLICATION FOR REHEARING**

---

Panel composed of Jude G. Gravois,
Marc E. Johnson, and Robert A. Chaisson

**DENIED**

> **RAC**
> **JGG**
> **MEJ**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

NANCY F. VEGA
CHIEF DEPUTY CLERK

SUSAN BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **01/06/2021** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**20-CA-154**

### E-NOTIFIED
40th District Court (Clerk)
Honorable Kirk A. Vaughn, Judge Pro Tempore (District Judge)
Honorable Bridget A. Dinvaut (Appellee)

### MAILED
Dexter Johnson  (Appellant)
163 Boutte Estates Drive
Boutte, LA 70039

Kim Ancona Laborde (Appellee)
Assistant District Attorney
Fortieth Judicial District
Parish of St. John the Baptist
1342 Highway 44 River Road
Reserve, LA 70068